Magistrate Judge David W. Christel

```
_____ FILED _____ LODGED
         _____ RECEIVED

         FEB 1 0 2020

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIA ANN MOHN,

Defendant.

CASE NO. MJ20-5020

COMPLAINT FOR VIOLATION

Title 18, U.S.C. Section 641
(Theft of Public Funds)

BEFORE the Honorable David W. Christel, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### Theft of Public Funds

Beginning on April 25, 2009, and continuing through January 27, 2017, at Port Hadlock, in Jefferson County, within the Western District of Washington, and elsewhere, JULIA ANN MOHN willfully and knowingly embezzled, stole, and converted to her own use money of the United States, namely Department of Veterans Affairs benefits having an aggregate value of approximately $59,081.40, with the intent to deprive the United States of the use and benefit of that money.

COMPLAINT/MOHN - 1
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 18, United States Code, Section 641.

The undersigned complainant, Joseph McGivern, being first duly sworn on oath, deposes and says:

## INTRODUCTION

1.      I am a Special Agent with the Department of Veterans Affairs, Office of Inspector General (VA-OIG), assigned to the Seattle field office, and have been since May 2019.  From 1999 to 2019, I was a Special Agent with the Naval Criminal Investigative Service.  Since becoming an investigator I have received training and conducted investigations related to homicide and suicide, sexual assault, drugs, child abuse and exploitation, fraud, larceny, counterintelligence, and counter-terrorism.  During my tenure as a Special Agent, I have conducted numerous investigations of criminal activity including government benefit fraud, disability, fraud, false claims, and other frauds.

2.      As set forth in this Affidavit, there is substantial evidence that probable cause exists that JULIA ANN MOHN committed felony violations of Theft of Public Funds in violation of 18 U.S.C. § 641; occurring within the Western District of Washington and within the last five years.

3.      The facts set forth in this Affidavit is based on my own personal knowledge and observations, as well as information conveyed to me by other law enforcement officers; on my review of documents and records related to this investigation; and information gained through my training and experience.  Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not set forth every fact that others or I have learned during the course of this investigation.

## SUMMARY OF PROBABLE CAUSE

4.      Based on my investigation, I believe Julia MOHN stole Department of Veterans Affairs (VA) benefits funds from the Wells Fargo savings account of VA beneficiary Linda Thum from April 25, 2009, through January 27, 2017.  Linda Thum and

COMPLAINT/MOHN - 2
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1    MOHN lived together until Thum's death on April 24, 2009.  Once Thum died, MOHN used

2    Thum's ATM card on 173 occasions to withdraw $58,398.90 from Thum's accounts.

3    MOHN also expended another $682.50 in various banking fees.  In addition to MOHN'S

4    statement admitting to the theft of money from Thum's account, Kitsap Credit Union ATM

5    surveillance cameras captured footage of Julia MOHN making three withdrawals from

6    Thum's account between March 3, 2016, and January 27, 2017, totaling $1020.00 plus

7    transaction fees.

8                  **SUMMARY OF THE INVESTIGATION**

9       5.      Julia Ann MOHN (MOHN) is a United States citizen born in 1960 and

10    currently residing in Port Hadlock, Washington (WA).  MOHN frequently uses the nickname

11    "Ruby."

12       6.      The VA-OIG initiated a criminal investigation on June 28, 2019, based on a

13    finding from a proactive effort by VA-OIG to identify deceased beneficiaries who are still

14    receiving funds from the VA.  This effort identified an overpayment of $78,719.00 to Linda

15    Thum, the spouse of US Army veteran Philip Thum, who died in 1997.   Thum received

16    Dependency and Indemnity Compensation (DIC) from the VA.  DIC is a monthly benefit

17    paid to eligible survivors of certain deceased veterans.  At the time of her death, the VA paid

18    Thum $661.00 per month.  By the time the VA made its last deposit into Thum's account on

19    August 31, 2018, the monthly DIC benefit had increased to $735.00.  The total amount the

20    VA paid into Thum's account after her death was $78,969.00.  This includes $78,719 in DIC

21    benefits and a one-time payment of $250 made on June 30, 2009, based on the American

22    Recovery Act of 2009.  The VA continued to deposit monthly benefits into Thum's account

23    following her death because the information exchange that normally occurs between the

24    Social Security Administration and the VA when an individual dies did not occur for reasons

25    unknown.

26       7.      After Thum died, MOHN began using Thum's ATM card to make regular

27    withdrawals from Thum's Wells Fargo savings account.  Between April 25, 2009, and

28

1  January 27, 2017, MOHN withdrew $58, 398.90 and by her own admission, used the money

2  for personal gain.

3  **STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

4  **A.     Information Pertaining to Thum's Death**

5          8.      Records from Jefferson County Sheriff's Office (Washington State) indicate

6  that MOHN discovered Thum's body in a trailer on MOHN's property in Port Hadlock, WA

7  on April 24, 2009.  On July 23, 2019, I met with the funeral director at Kosec Funeral Home

8  & Crematory, Inc (Kosec) in Port Townsend, WA.  Kosec received Thum's body when she

9  died and handled her funeral.  Thum's intake form at Kosec identifies Julia MOHN "Ruby"

10 as a survivor and friend of Thum.  Thum's death certificate indicates the cause of death was

11 end-stage alcoholic cirrhosis and chronic alcoholism.

12 **B.     Records Obtained from Wells Fargo**

13         9.      VA records indicated that Thum's benefits were deposited into Wells Fargo

14 savings account# 0600035513.  In response to a July 25, 2019, VA-OIG Inspector General

15 subpoena, Wells Fargo provided the account signature card and bank statements covering

16 January 2009 through June 2019.  Thum is the only person that appears on the signature card

17 and account records.  Review of the bank statements showed 173 ATM withdrawals

18 conducted after Thum died, totaling $58,398.90.  The statements identify 4507 as the last

19 four digits of the ATM card that was used to conduct these transactions.  A complete

20 breakdown of the account activity subsequent to Thum's death is as follows:

21         Balance on 4/24/2009...............................$981.61

22         (114) VA Deposits................................$78,969.00
        (76) Interest Payments....................................$4.81
23         (1) Deposit............................................$50.00

24                                                      $79,023.81

25

26         (173) ATM Withdrawals...........................$58,398.90
        (61) Balance Inquiries................................$114.50
27         (146) Transaction Fees...............................$365.00

28         (2) Overdraft Fees.....................................$70.00

COMPLAINT/MOHN - 4
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(36) Monthly Service Fees..............................$132.00
(1) ATM Statement Fee................................$1.00
                                           $59,081.40

Balance on 6/30/2019............................. $20,924.02

10.     Wells Fargo confirmed 5004-6735-7918-4507 was the number on Thum's ATM card.  ATM cards on Thum's account were valid for three to four years.  Replacement cards with the same 16-digit number were mailed to the address on file.  Activation of the replacement card required using the replacement ATM card at a Wells Fargo ATM and successfully entering the personal identification number (PIN). Wells Fargo does not have any records on when ATM cards on Thum's account were issued, activated or expired.  Aside from the process of sending out replacement ATM cards, Wells Fargo does not have any records that indicate more than one ATM card was ever issued at a time.  If more than one ATM card had been concurrently issued on the account, it would have had a different 16-digit number.

11.     According to Thum's Wells Fargo bank statements, ATM withdrawals were conducted at various locations, but primarily occurred at the Wells Fargo branch in Port Townsend, WA, the Kitsap Credit Union branch in Port Hadlock, WA, and the Kitsap Bank branch in Port Hadlock, WA.  Efforts were made to locate security camera footage from any of the 173 ATM withdrawals noted above.  Because the last withdrawal occurred on January 27, 2017, only Kitsap Credit Union (KCU) had footage available.

C.     **Records Obtained from Kitsap Credit Union**

12.     In response to a VA-OIG Inspector General, KCU provided footage for ATM withdrawals occurring on March 3, 2016; March 4, 2016; and January 27, 2017, at the KCU branch located at 11524 Rhody Drive, Port Hadlock, WA.

13.     The March 3, 2016, footage shows MOHN arrive at the outside ATM with her bicycle at 7:22am.  At 7:23am MOHN conducted a balance inquiry which showed $986.85 in the account.  At 7:24am, MOHN withdrew $500.00 and incurred a terminal fee of $3.00. The KCU record shows MOHN used card 5004-6735-7918-4507 for this activity.  MOHN

COMPLAINT/MOHN - 5
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   also incurred a $2.00 balance inquiry charge from Wells Fargo, and a $2.50 ATM transaction

2   fee from Wells Fargo.  These two charges are not seen in the KCU transaction record, but are

3   listed on the Wells Fargo bank statement.  The total debit to Thum's account for this ATM

4   visit was $507.50.  MOHN departed the ATM with her bicycle at 7:25am.

5       14.     The March 4, 2016, footage shows MOHN arrive at the outside ATM with her

6   bicycle at 6:05am.  Also, at 6:05am MOHN conducted a balance inquiry which showed

7   $479.35 in the account.  At 6:07am MOHN withdrew $420.00 and incurred a terminal fee of

8   $3.00.  The KCU record shows MOHN used card 5004-6735-7918-4507 for this activity.

9   MOHN also incurred a $2.00 balance inquiry charge from Wells Fargo, and a $2.50 ATM

10  transaction fee from Wells Fargo.  These two charges are not seen in the KCU transaction

11  record, but are listed on the Wells Fargo bank statement.  The total debit to Thum's account

12  for this ATM visit was $427.50.  MOHN departed the ATM with her bicycle and three dogs

13  at 6:08am.

14      15.     The January 27, 2017, footage shows MOHN arrive at the outside ATM

15  driving a two-tone red/cream Dodge Ram van at 6:26pm.  MOHN exited the van and at

16  6:27pm attempted to withdraw $600.00.  The transaction was denied.  At 6:28pm, MOHN

17  attempted to withdraw $100.00.  This transaction was again denied.  At 6:29pm, MOHN

18  successfully withdrew $100.00 and incurred a $3.00 terminal fee.  Also at 6:29pm, MOHN

19  conducted a balance inquiry which showed $6,378.57 in the account.  The KCU record

20  shows MOHN used card 5004-6735-7918-4507 for this activity.  MOHN also incurred a

21  $2.00 balance inquiry charge from Wells Fargo, and a $2.50 ATM transaction fee from

22  Wells Fargo.  These two charges are not seen in the KCU transaction record, but are listed on

23  the Wells Fargo bank statement.  The total debit to Thum's account for this ATM visit was

24  $107.50.  At 6:30pm, MOHN got back into the van.  One dog can be seen in the van.

25  MOHN departs the ATM at 6:31pm.

26  //

27  //

28

COMPLAINT/MOHN - 6
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**D.      Confirmation of MOHN's Identity and Involvement**

16.      On September 16, 2019, I conducted open source Internet checks on MOHN and located multiple pictures claiming to be of MOHN.  The likeness in those pictures matched the likeness in the KCU ATM security camera footage.  Additional checks on MOHN indicated she was the owner of a 1983 Dodge Ram vehicle and had multiple dogs.

17.      On October 8, 2019, I interviewed MOHN at her residence in Port Hadlock, WA, along with VA-OIG Special Agent Yilin Wu.  MOHN admitted knowing Thum but initially denied accessing money from Thum's bank account.  When MOHN was shown photos from the KCU ATM security camera, MOHN admitted that she was the person in the photos and that she used Thum's ATM card to  withdraw money from Thum's account.  MOHN explained how she met Thum, how she obtained Thum's ATM card and PIN number, and how she used Thum's ATM card.

18.      MOHN said she met Thum several years prior through mutual friends.  Thum eventually moved into a trailer located on MOHN's Port Hadlock, WA property.  According to MOHN, Thum had vision problems so MOHN would take Thum shopping.  On occasion, they would stop by an ATM together and Thum would allow MOHN to use the ATM to withdraw Thum's shopping money.  Through this process MOHN learned Thum's ATM PIN.

19.      After Thum died, MOHN had access to Thum's belongings and began using Thum's ATM card to withdraw money.  MOHN knew the VA benefit money was regularly deposited into Thum's account at the beginning of each month and was related to a pension for Thum's husband.  When describing the pattern she followed in withdrawing the money, MOHN said she typically made an initial $500.00 withdrawal followed a few days later by a second withdrawal for $200.00.  The bank statements from Thum's account support this pattern of activity.  MOHN used the money to pay off her property, and purchase food, clothing, gasoline, and insurance and maintenance for her car.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

20.     While living on the same property, Thum and MOHN shared a mailbox. Following Thum's death, MOHN continued to receive replacement ATM cards in the mail. MOHN discarded the old ATM card and used the replacement ATM card.  MOHN could not recall how much money she withdrew from Thum's account or how many times she used Thum's ATM card and expressed surprise when told the total amount of money and the total number of ATM transactions.  MOHN admitted that she did use the card a lot and did not give the ATM card or PIN to anyone else.   She also said no one accompanied her when she used the ATM card to withdraw money from Thum's account.  MOHN no longer has any of the money she withdrew from Thum's account.  MOHN also said she no longer has any of Thum's ATM cards, or Wells Fargo savings account records.

21.     MOHN admitted that using the card was wrong and she stopped making withdrawals in 2017.  MOHN claimed she eventually tore up the last valid ATM card up and disposed of it.  MOHN provided a voluntary sworn statement detailing her use of Thum's ATM card.

//

//

//

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONCLUSION

Based on the foregoing facts, I believe probable cause exists that JULIA ANN MOHN committed Theft of Public Funds in violation of Title 18 U.S.C. Section 641.

_____
JOSEPH M. MCGIVERN, Complainant
Special Agent
Department of Veterans Affairs
Office of Inspector General

Based on the Complaint and Affidavit sworn before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe that the Defendant committed the offenses set forth in the Complaint.

DATED this 10th day of February, 2020

_____
DAVID W. CHRISTEL
United States Magistrate Judge

COMPLAINT/MOHN - 9
USAO# 2020R00029

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800